**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 13-CV-20022-KING/MCALILEY**

UNITED STATES OF AMERICA,                    )
                                             )
                    Plaintiff,               )
                                             )
v.                                           )
                                             )
GUSTAVO A. SCHNEIDER JR.,                    )
                                             )
                    Defendant.               )
                                             )
                                             )
                                             )

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Plaintiff, United States of America, by and through its undersigned counsel files this Motion for Extension of Time and states as follows:

1.  On January 4, 2013, Plaintiff filed suit against Defendant to recover an unpaid student loan.

2.  Plaintiff has attempted to serve the defendant with the Complaint at several addresses associated with Defendant's name, but have been unsuccessful.

3.  Plaintiff has successfully contacted Defendant, and since obtained Defendant's correct address where Plaintiff is attempting service.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court does not dismiss case but rather, give plaintiff an additional (20) days to perfect service on the Defendant with summons.

Dated: May 3rd , 2013                    Respectfully submitted,
       Miami, Florida


                                         _____
                                         Steven M. Davis, (Florida Bar No. 894249)
                                         Email: sdavis@becker-poliakoff.com
                                         Becker & Poliakoff, P.A.
                                         121 Alhambra Plaza, 10th Floor
                                         Coral Gables, FL 33134
                                         Telephone: (305)262-4433
                                         Facsimile: (305) 442-2232
                                         Attorneys for Plaintiff United States of America

CASE NO.: 13-CV-20022-KING/MCALILEY

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by U.S. regular mail on the 3rd day of May, 2013 to Gustavo A. Schneider at 11341 SW 27th Street Miami, Fl 33165.

_____
Steven M. Davis

LAW OFFICES
BECKER & POLIAKOFF, P.A. • 121 ALHAMBRA PLAZA, 10TH FLOOR • CORAL GABLES, FL 33134
TELEPHONE (305) 262-4433